FILED
GREAT FALLS DIV.

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| KALYN R. KELSEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　　　Defendant. | No. CV-08-57-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] on April 30, 2009. Plaintiff filed objections on May 18, 2009. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 18

ORDERED:

Plaintiff's Motion for Summary Judgment[2] is DENIED. Defendant's Motion for Summary Judgment[3] is GRANTED.

The Clerk of Court is directed to enter judgment accordingly.

DATED this 26th day of May, 2009.

SAM E. HADDON
United States District Judge

---

[2] Document No. 10

[3] Document No. 13